AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Austin Putnam,<br>*Plaintiff*<br>v.<br>Deputy Smith,<br><br><br>*Defendants*. | Civil Action No.    1:22-cv-03270-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Austin Putnam, shall take nothing of the defendant, Deputy Smith, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   December 6, 2022                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/L. Baker

                                                                              *Signature of Clerk or Deputy Clerk*